**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**STEPHANIE MEADOR**                                                 **PLAINTIFF**

**v.**                                                    **CIVIL ACTION NO.** 3:21-cv-125-DPJ-FKB

**FOSS ENERGY SERVICES, INC.**                                       **DEFENDANT**

## NOTICE OF REMOVAL

**COMES NOW** Defendant Foss Energy Services, Inc. ("Foss Energy"), by and through counsel, pursuant to 28 U.S.C. §§ 1331, 1332, 1367, 1441, and 1446, and hereby removes this cause and gives notice of the removal of this cause from the County Court of Smith County, Mississippi to this Court and, in support thereof, would show unto the Court as follows:

1. On or about November 12, 2020, Plaintiff Stephanie Meador ("Plaintiff") commenced this action styled *Stephanie Meador v. Foss Energy Services, Inc.*, Civil Action No. 2020-204-1, by filing her "Complaint in the Circuit Court of Smith County, Mississippi. This action is wholly of a civil nature and is now pending in the Circuit Court of Smith County, Mississippi.

2. Foss Energy was served with a summons and the aforementioned Complaint on or about January 22, 2021. This Notice of Removal is therefore timely. 28 U.S.C. § 1446(b).

3. In accordance with 28 U.S.C. § 1446(a), a copy of all process and pleadings served on Foss Energy is attached hereto as Exhibit "A."

4. In accordance with L. U. Civ. R. 5(B), the entire state court record is attached hereto as Exhibit "B."

5. By filing this Notice of Removal, Defendant has not waived, and hereby affirmatively asserts, any and all affirmative and/or other defenses available and/or applicable to

it, including those set forth under Mississippi and/or Federal Rules of Civil Procedure 8 and 12. Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of Defendant's right to assert any defense or affirmative matter, including, but not limited to, the defenses of: (1) lack of jurisdiction over the person; (2) improper venue; (3) insufficiency of process; (4) insufficiency of service of process; (5) improper joinder of claims and/or parties; (6) failure to state a claim; (7) the mandatory arbitrability of some or all of the putative claims; (8) failure to join an indispensable party(ies); (9) waiver, or (10) any other pertinent defense available under Mississippi and/or Federal Rules of Civil Procedure 8 or 12, any state or federal statute or otherwise.

6. This action is removable pursuant to 28 U.S.C. § 1441 in that it presents a federal question over which this Court has original jurisdiction.

7. In the Complaint, Plaintiff seeks damages for "acts and omissions of the Defendant in violation of Title VII" related to alleged sexually harassing conduct by a supervisor. *See* Ex. "A," Complaint at ¶¶ 3, 7, 12.

8. Further, this action is removable under 28 U.S.C. §§ 1441 and 1446 because it is a case over which the federal courts would have original jurisdiction under 28 U.S.C. § 1332, inasmuch as there is complete diversity of citizenship between the Plaintiff and Defendant and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

9. Specifically, Plaintiff Stephanie Meador is a citizen of the state of Mississippi. Foss Energy is a Texas corporation with its principal place of business in Texas and, therefore, is a citizen of the state of Texas.

10. Although the Complaint fails to include a specific monetary demand, Plaintiff demands damages for "actual, compensatory, special, and punitive damages in the amount to be determined by a jury, reinstatement, and for reasonable attorney's fees." *See* Complaint ¶ 16. The

claim for punitive damages asserted by Plaintiff, when combined with her other claims, would exceed the jurisdictional limit. *See United States Fire Ins. Co. v. Villegas*, 242 F. 3d 279, 283 (5th Cir. 2001)(unspecified punitive damages claim sufficient to meet jurisdictional requirement); *see also Acosta v. Drury Inns, Inc.*, 400 F. Supp. 2d 916, 921 (W.D. Tex. 2005). The Mississippi Supreme Court has upheld damage awards of greater than $75,000.00 in sexual harassment/emotional distress cases under certain circumstances. *See, e.g., City of Belzoni v. Johnson*, 80 So. 3d 99 (Miss. 2012) (upholding an award of $150,000 for emotional distress resulting from sexual harassment at work and other damage awards). Thus, the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

11. Upon filing this Notice of Removal, Foss Energy will give written notice to all counsel of record and will file a copy of the Notice with the clerk of the state court in accordance with 28 U.S.C. § 1446(d).

12. Foss Energy reserves the right to amend and/or supplement this Notice of Removal.

WHEREFORE, PREMISES CONSIDERED, without waiving any available defenses, including but not limited to lack of personal jurisdiction and improper venue, Defendant Foss Energy Services, Inc. requests this Court assume jurisdiction over the cause herein as provided by law, to proceed with the handling of this civil action as if originally filed herein, to stay further proceedings in the County Court of Smith County, Mississippi, and for any and all other relief the Court deems necessary.

RESPECTFULLY SUBMITTED this the 18th day of February, 2021.

**FOSS ENERGY SERVICES, INC.**

By: s/Laura F. Rose
*One of Its Attorneys*

OF COUNSEL:

Laura F. Rose (MSB No. 102256)
ADAMS AND REESE LLP
1018 Highland Colony Parkway, Suite 800
Ridgeland, Mississippi 39157
Telephone:     601-353-3234
Facsimile:      601-355-9708
laura.rose@arlaw.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day caused to be delivered, via electronic mail and United States Mail, first class postage pre-paid, or some other authorized means of service, a true and correct copy of the foregoing document to:

Daniel M. Waide (MS Bar No. 103543)
Johnson, Ratliff & Waide, PLLC
1300 Hardy Street
Hattiesburg, Mississippi 39401
dwaide@jhrlaw.net
*Counsel for Plaintiff*

Dated:  February 18, 2021

s/Laura F. Rose
*Counsel for Defendant*
